**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA          :     NOTICE OF INTENT
                                        TO FILE AN INFORMATION
        v.                        :
                                        07 Mag. 606
ZAHID BASHIR,                     :     07 Cr.

                    Defendant.          07 CRIM. 777
----------------------------------x

JUDGE KEENAN

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         August 15, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                        By:   _____
                              David A. O'Neil
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:
                                                        7506
                        By:   _____ 8/14/07
                              John A. Jasilli, Esq.
                              Attorney for Zahid Bashir
                              708 THIRD AVE, 6TH FL
                              NEW YORK, NY 10017
                              212-209-3815
                              FAX 212-202-4376
                              jjasilli@attglobal.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

8/15/07 WHEEL A          Judge KEENAN