```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,

     - v. -                          :    Information

ZAHID BASHIR,                             07 Cr.

          Defendant.             :

------------------------------------X
```

07CRIM 777

## COUNT ONE

The United States Attorney charges:

1. From in or about January 2002, up to and including in or about April 2007, in the Southern District of New York and elsewhere, ZAHID BASHIR, the defendant, unlawfully, willfully and knowingly, and with intent to defraud, did traffic in and use one and more unauthorized access devices during a one-year period, and by such conduct did obtain things of value aggregating $1,000 and more during that period, to wit, BASHIR used multiple access devices issued to other individuals, without their lawful authorization, to obtain things of value.

(Title 18, United States Code, Sections 1029(a)(2) and 2.)

## COUNT TWO

The United States Attorney further charges:

2. From in or about January 2002, up to and including in or about April 2007, ZAHID BASHIR, the defendant, unlawfully, willfully, and knowingly, during and in relation to a felony

violation enumerated in subsection (c) of Title 18, United States Code, Section 1028A, did transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, BASHIR used the social security numbers of other individuals in furtherance of the fraud offense charged in Count One.

(Title 18, United States Code, Section 1028A(a)(1) and 2.)

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ZAHID BASHIR,

Defendant.

INFORMATION

07 Cr.

(18 U.S.C. §§ 2, 1028A, 1029)

MICHAEL J. GARCIA
United States Attorney.

8-21-2007 (wr): Filed Information and Waiver of Indictment. Deft. present with atty. John Jasilli and Punjabi Interpreter. AUSA David O'Neil present. Deft. pleads guilty as charged (2 Counts). Court accepts plea. PSI ordered. Sentencing date: 11-28-07 at 9:45. Detention Cont'd.

Keenan, J