```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

         - v. -                  :
                                            WAIVER OF INDICTMENT
ZAHID BASHIR,                    :
                                            07 Cr. ___
         Defendant.              :

- - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 1028A, and 1029, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
ZAHID BASHIR     *Zahid Mahmood*

_____
John A. Jasilli, Esq.
Attorney for ZAHID BASHIR

Witness: _____
         William Ryan

Date:  New York, New York
       August 21, 2007