U.S. Department of Justice



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

November 20, 2007

BY FACSIMILE

Honorable John F. Keenan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: **United States v. Zahid Bashir,**
     **07 Cr. 777 (JFK)**

Dear Judge Keenan:

  Sentencing in the above-captioned matter is currently scheduled for November 28, 2007, at 9:45 am. The Government respectfully requests a sixty-day adjournment of that date in order to permit completion by the U.S. Probation Department of the Presentence Report. I have been advised by the Probation Officer that she is assembling and analyzing information regarding restitution and believes that additional time would permit a more complete and accurate calculation. In addition, the adjournment is necessary to ensure the defendant's right, pursuant to Fed. R. Crim. P. 32(e)(2), to 35 days in which to review the Presentence Report. John A. Jasilli, Esq., counsel for defendant Zahid Bashir, has specifically consented to this request.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

    By: David A. O'Neil
      Assistant United States Attorney
      Telephone: (212) 637-2533
      Facsimile: (212) 637-2937

cc: John Jasilli, Esq.
   By fax: 212-202-4376

   Veronica Dignan, U.S. Probation Officer
   By fax: 212-805-0048

*[Handwritten endorsement:]* Sentence is set for January 15, 2008 at 9:45 a.m. So ordered. November 26, 2007 — John F. Keenan, U.S.D.J.