Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
United States District Court

Southern District of New York

UNITED STATES OF AMERICA

Docket No.: 1:07 CR 00777-001

ZAHID BASHIR

HON. JOHN F. KEENAN (JFK)
(District Court Judge)

Notice is hereby given that **ZAHID BASHIR** appeals to the United States Court of Appeals for the Second Circuit from the judgment [XXXXXXXXX], other [XXXXXXX] of conviction and sentence, dated February 19, 2008, and entered in this action on February 20, 2008.
(specify) (date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

FILED U.S. DC
FEB 27 2008
S.D. OF N.Y.

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction and Sentence [✓]

Date February 27, 2008

TO

US Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York NY 10007
212 637-2553
ADD ADDITIONAL PAGE (IF NECESSARY)

(Counsel for Appellant)

Address JOHN A. JASILLI, ESQ.
708 3rd Avenue, 6th Fl
New York, NY 10017

Telephone Number: 212-486-7304

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[✓] Sentencing February 19, 2008<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment [✓] Funds [ ]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE   DATE February 27, 2008

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05